UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-09073-MMM(MANx) | Date | February 7, 2011 |
|---|---|---|---|

| Title | Madeline Gonzales, et al vs Downey Savings and Loan Association, et al |
|---|---|

Present: The Honorable    MARGARET M. MORROW

| ANEL HUERTA | MARK SCHWEITZER |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**        **Scheduling Conference [Not Held]; Order to Show Cause**


On November 30, 2010, the court issued a minute order setting the matter for a scheduling conference for Monday, February 7, 2011 at 9:00 a.m.  It further directed the parties to file a Joint 26(f) Report and ADR Questionnaire.

On February 7th, plaintiff failed to appear for the scheduling conference.  The court notes defense counsel made arrangements to participate telephonically.  In addition, plaintiff failed to participate in the Joint 26(f) Report.  Consequently, the court issues an Order to Show Cause why this action should not be dismissed for failure to appear and for failing to comply with this court's orders.  A written response shall be filed no later than February 11, 2011.  Failure to comply will result in the immediate dismissal without further notice.

If, upon receipt of the plaintiff's response, the court fines the response satisfactory, the court will issue a minute order with dates that will manage the case.

                                                                                                                                              00  :  00